MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
Marcos Sasso, Bar No. 228905
2049 Century Park East
Suite 700
Los Angeles, CA 90067-3109
Tel: +1.310.907.1000
Fax: +1.310.907.1001
arjun.rao@morganlewis.com
marcos.sasso@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Christina Chen, Bar No. 294921
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001
christina.chen@morganlewis.com

Attorneys for Defendant
CITIBANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAGS GLOBAL CAPITAL LLC, a California limited liability company, and MOZAFAR MAGHSOUDNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIBANK, N.A., a national association, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 5:25-cv-06526-NW<br><br>Assigned to Honorable Noel Wise<br><br>**DECLARATION OF CHRISTINA CHEN IN SUPPORT OF DEFENDANT CITIBANK, N.A.'S MOTION TO DISMISS COMPLAINT**<br><br>Date: January 21, 2026<br>Time: 9:00 am<br>Dept.: Courtroom 3<br><br>Complaint Filed: August 1, 2025 |

**DECLARATION OF CHRISTINA CHEN**

I, Christina Chen, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, counsel of record for Defendant Citibank, N.A. ("Citibank"). I have personal knowledge of the facts set forth in the declaration, and if I were called as a witness, I could and would testify competently thereto. I make this declaration in support of Citibank's Motion to Dismiss Plaintiffs' Complaint ("Complaint").

2. On July 7, 2025, I met and conferred by videoconference with Josh Korr of Alto Litigation, Plaintiffs' counsel of record, to discuss the grounds that Citibank intended to assert in its upcoming motion to dismiss, and determine whether the parties could resolve any of the issues that Citibank intended to assert by way of the motion.

3. As Plaintiffs' counsel disagreed with Citibank's position that I presented as to each of Plaintiffs' claims, the parties were unable to reach an agreement regarding any of the arguments that would be included in Citibank's motion to dismiss. Accordingly, Citibank files this motion to dismiss.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of October, 2025 at San Francisco, California.

*/s/ Christina Chen*
Christina Chen