## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGS GLOBAL CAPITAL LLC, a California limited liability company, and MOZAFAR MAGHSOUDNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIBANK, N.A., a national association, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 5:25-cv-06526-NW<br><br>Assigned to Honorable Noel Wise<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITIBANK, N.A.'S MOTION TO DISMISS COMPLAINT** |

The Court, having considered Defendant Citibank, N.A.'s ("Citibank") Motion to Dismiss Plaintiffs' Complaint, the pleadings and papers filed in support of and in response to the Motion, the documents and records in the Court's file, and argument of counsel, IT IS HEREBY ORDERED THAT the Motion is GRANTED and the Complaint is dismissed as to all claims asserted against Citibank.

**IT IS SO ORDERED.**

Dated: ________________________ By: ________________________________

HONORABLE NOEL WISE
UNITED STATES DISTRICT COURT
JUDGE